# CRIMINAL MINUTE ORDER

JUDGE:  James Ware                          REPORTER:  FTR

DATE:  August 15, 2008                      .

CRIMINAL NO.: 08-mj-70520 PVT

TITLE: UNITED STATES OF AMERICA      -v- Hassa Abpikar
        APPEARANCES:                              (NP)

PLTF:  AUSA: Dan Kaleba                     DEFT: Manuel Araujo

COURT ACTION: Hearing re Staying Appearance Bond Pending Appeal Hearing

Hearing Held.  The court granted the government's stay pending appeal until 8/25/08.

Government shall file  appeal on 8/18/08, Defendant shall file a reply by 8/20/08 and Hearing

on Appeal will be heard on 8/25/08 at 1:30 p.m. before the Honorable James Ware.

Preliminary Hearing/Arraignment will be held on 8/25/08 at 11:00 a.m. before Magistrate

Patricia V. Trumbull

                                  */s/ Corinne Lew*

                                  **Courtroom Deputy**