JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5043
   Facsimile: (408) 535-5066
   E-mail: daniel.kabelal@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>   v.<br>HASSAN ABPIKAR,<br>        Defendant. | No. CR 08-70520 PVT<br><br>SUBSTITUTION OF ATTORNEY |

    Please take notice that as of, August 18, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

                Assistant U.S. Attorney Daniel R. Kaleba
                150 Almaden Blvd., Suite 900
                San Jose, CA 95113
                Telephone: (408) 535-5043
                Email: daniel.kaleba@usdoj.gov

DATED: August 19, 2008              Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                          /s/
                                        DANIEL R. KALEBA
                                        Assistant United States Attorney